KNICKERBOCKER TRUST CO. v. SCHROEDER.

(Supreme Court, Appellate Division, First Department. April 24, 1908.)

DISCOVERY—PRODUCTION OF WRITINGS—MODIFICATION OF ORDER—AUTHORITY OF REFEREE.

Where an order for the examination of a plaintiff before trial requires plaintiff to produce certain books and papers mentioned in defendant's affidavit, on motion of plaintiff the order should be modified by striking out the provision for the production of writings; for the referee may require by subpœna duces tecum the production of writings necessary for the proper examination of witnesses required to testify before him.

Appeal from Special Term.

Action by the Knickerbocker Trust Company against Henrietta C. Schroeder. From an order denying a motion for modification of an order for the examination of plaintiff before trial, plaintiff appeals. Reversed.

Argued before INGRAHAM, McLAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

Julien T. Davies, Jr., for appellant.
R. N. Newman, for respondent.

PER CURIAM. The order appealed from should be reversed, with $10 costs and disbursements to appellant, and the order for the examination of the plaintiff before trial modified, by striking out the provision requiring the plaintiff to produce at the time and place mentioned in the order the books and papers mentioned in the affidavit of the defendant. The referee has ample power, by subpœna duces tecum, to require from time to time the production of the books and papers which become necessary for the proper examination of the witnesses who are required to testify before him.